| | |
|---|---|
| **CRIMINAL COMPLAINT** | FILED ___ LODGED ___<br>RECEIVED ___ COPY ___ |
| United States District Court | DISTRICT of ARIZONA |
| United States of America<br>v.<br>**Ashley Nicole Romero**<br>DOB: 1989; U.S. Citizen; SSN: xxx-xx-9176 | DOCKET NO.<br>MAR 22 2010<br>CLERK U S DISTRICT COURT<br>DISTRICT OF ARIZONA<br>BY_____DEPUTY<br>MAGISTRATE'S CASE NO.<br>10-03219M |

Complaint for violation of Title 21   United States Code § 841(a)(1) & 841(b)(1)(C)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about March 19, 2010, at or near Huachuca City, in the District of Arizona, **Ashley Nicole Romero**, did knowingly and intentionally possess with intent to distribute 50 kilograms or more, but less than 100 kilograms of marijuana, that is, approximately 71 kilograms of marijuana, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On March 19, 2010, **Ashley Nicole Romero** attempted to drive a black Ford Focus through the Arizona State Route 90 U.S. Border Patrol checkpoint near Huachuca City, Arizona. As she approached the primary inspection area, agents noticed she was nervous, sweating and avoiding eye contact. Romero was driving a rental vehicle and was referred to the secondary inspection area. A drug detection dog alerted to the trunk of the vehicle. Romero gave the agents consent to search the vehicle and recovered seven bundles of marijuana in the trunk with a total combined weight of approximately 71 kilograms. Romero stated she was propositioned by a white male from Tucson, Arizona, known only as "Mike", who agreed to pay her $1,500.00 to pick up the marijuana south of the checkpoint and drive it to Tucson, Arizona.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| | |
|---|---|
| Request detention<br>    Being duly sworn, I declare that the foregoing is<br>    true and correct to the best of my knowledge.<br>Spaven/kc<br>AUTHORIZED BY: AUSA _____ | SIGNATURE OF COMPLAINANT<br>_Kelly Heigh_<br>OFFICIAL TITLE<br>Immigration & Customs |
| Sworn to before me and subscribed in my presence.<br>SIGNATURE OF MAGISTRATE JUDGE _____ | DATE<br>March 22, 2010 |

1) See Federal rules of Criminal Procedure Rules 3 and 54